**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | **CIVIL ACTION NO. 4:25-CV-411** |
| **ANDREINA CARRILLO and** | § | |
| **YOANDRYS QUINONES ALVAREZ,** | § | **JURY DEMANDED** |
| | § | |
| **VS.** | § | |
| | § | **NOTICE OF REMOVAL OF ACTION** |
| **ALLSTATE VEHICLE AND** | § | **UNDER 28 U.S.C.§ 1441(a)** |
| **PROPERTY INSURANCE COMPANY** | | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. § 1441 and 1446, Allstate Vehicle And Property Insurance Company, Defendant herein, removes to this Court the state court action pending in the 234th Judicial District Court of Harris County, Texas invoking this Court's diversity jurisdiction, on the grounds explained below.

**BASIS FOR REMOVAL**

1. On January 2, 2025, Plaintiffs filed suit in Harris County against the Defendant. The suit was then assigned to the 234th Judicial District Court of Harris County, Texas, styled Cause No. 2025-00246; *Andreina Carrillo and Yoandrys Quinones Alvarez Vs. Allstate Vehicle and Property Insurance Company.* Defendant Allstate was served/received notice of this suit on January 3, 2025. As required by 28 U.S.C. § 1446(b)(3), Allstate files this notice of removal within thirty (30) days following receipt by Defendant of the initial pleadings.

2. Removal of this action is proper because this Court has original diversity jurisdiction under 28 U.S.C. § 1332 and the action is one that may be removed by Defendant pursuant to 28 U.S.C. § 1441(b)(3); specifically, this is a civil action wherein

the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the Defendant is diverse in citizenship from the Plaintiffs.

3. There is complete diversity among the parties as required by 28 U.S.C. § 1332(a). Plaintiffs are citizens of Texas. Allstate is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Allstate is now, and was at the time this action was commenced, a citizen of the State of Illinois.

4. The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332 (a). Plaintiffs' Original Petition recites that damage to Plaintiffs' property is estimated to be $28,585.02. *See* Plaintiff's Complaint, ¶ 16, 57. The Complaint further states that Plaintiffs seek actual damages, exemplary damages, statutory damages, and attorney's fees for breach of contract, bad faith, violations of Chapters 541 and 542 of the Texas Insurance Code, and violations of the Texas DTPA relating to the Defendant's alleged failure to properly adjust the claim for Plaintiffs' alleged property damage. Additionally, Plaintiffs' Petition states Plaintiffs are seeking monetary relief over $250,000.00 but not more than $1,000,000.00, including interest statutory or punitive damages and penalties, and attorney fees and costs for his damages. Thus, Plaintiffs' Petition shows on its face, that Plaintiffs' claims are in excess of $75,000.00. *See* Plaintiffs' Petition incorporated herein under Exhibit "A".

5. The Clerk's full record in this case is attached as Exhibit "A". A list of all Counsel of Record is attached as Exhibit "B". The Civil Cover Sheet is attached as Exhibit "C".

6. Venue is proper in this district because the district and division embrace the place where the removal action has been pending.

7. Defendant will promptly provide written notice of the filing of this Notice of Removal to all parties and to the clerk of the 234th Judicial District Court of Harris County, Texas.

8. Defendant respectfully requests that the state court action be removed and placed on this Court's docket for further proceedings. Defendant further requests any additional relief to which it may be justly entitled.

DATE: January 31, 2025

Respectfully submitted,

**HOPE & CAUSEY, P. C.**

*/s/ Wesley R. Ward*
Wesley R. Ward
State Bar No. 24008235
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Metro
(936) 441-4674 - Facsimile
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on January 31, 2025, via e-filing addressed to:

Chad T. Wilson
Lais Morales
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
**ATTORNEY FOR PLAINTIFF**

*/s/ Wesley R. Ward*
Wesley R. Ward